IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-12 (MTT) |
| | ) |
| CHAVIS STOKES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The parties have moved to continue this case until the next trial term.  Doc. 28.  The defendant was indicted on February 13, 2024, and had his arraignment in this Court on March 12, 2024.  Docs. 1; 12.  One prior continuance has been granted.  Doc. 21.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to allow additional time to review discovery, conduct any required investigation, or negotiate a potential resolution of the case.  Doc. 28 ¶ 5.  The government joins the motion.  *Id.* ¶ 6.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 28) is **GRANTED**.  The case is continued from the July term until the Court's next trial term presently scheduled for **September 16, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 28th day of June, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT